## **VERIFICATION**

I, GLENN BRUNO, hereby verify that I am familiar with the allegations in the Verified Stockholder Derivative Complaint (the "Complaint"), and that I have authorized the filing of the Complaint and that the foregoing is true and correct to the best of my knowledge, information and belief.

Executed, this 1st day of February, 2024.

_____
Glenn Bruno