# Vinson&Elkins

Jeff Crough  jcrough@velaw.com
**Tel** +1.214.220.7940

March 22, 2024

**Via ECF**

Hon. Gary Stein
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007

**Re:**   *Bruno v. Beard et al.*, Case No. 1:24-cv-00798-JGLC-GS

Dear Judge Stein:

      Enclosed please find a Stipulation and Proposed Order by and between plaintiff Glenn Bruno, ("Plaintiff"), Gregory A. Beard, William B. Spence, Sarah P. James, Thomas J. Pacchia, Matthew J. Smith, Thomas R. Trowbridge, IV, and Ricardo R. A. Larroudé (the "Individual Defendants") and nominal defendant Stronghold Digital Mining, Inc. ("Stronghold," and together with the Individual Defendants, "Defendants") providing that Defendants' time to answer, move or otherwise respond to the Complaint in the above-referenced action be stayed pending a ruling on whether this action should be consolidated with *In re Stronghold Digital Mining, Inc. Stockholder Derivative Litigation*, Case No. 1:23-cv-07840-RA-GS.

      Pursuant to Rule I(G) of this Court's Individual Rules and Practices in Civil Cases, Defendants note that their current deadline to answer, move, or otherwise respond to the complaint is currently set for April 8, 2024. This is the parties' first request for an adjournment or extension of time in this action. All parties consent to the requested stay.

      Defendants respectfully request that the Court enter the Stipulation and Proposed Order.

**Vinson & Elkins LLP  Attorneys at Law**
Austin  Dallas  Dubai  Houston  London  Los Angeles
New York  Richmond  San Francisco  Tokyo  Washington

Trammell Crow Center, 2001 Ross Avenue, Suite 3900
Dallas, TX 75201-2975
**Tel** +1.214.220.7700  **Fax** +1.214.220.7716  velaw.com

V&E

Hon. Gary Stein   March 22, 2024   Page 2

Respectfully submitted,

VINSON & ELKINS LLP

*/s/ Jeffrey Crough*
Jeffrey Crough
2001 Ross Avenue
Suite 3900
Dallas, TX 75201
Telephone: (214) 220-7700
Facsimile: (214) 220-7716
Email: jcrough@velaw.com

Marisa Antonelli
1114 Avenue of Americas
New York, NY 10036
Telephone: (212) 237-0000
Facsimile: (212) 237-0100
Email: mantonelli@velaw.com

*Attorneys for Defendants Gregory A. Beard, William B. Spence, Sarah P. James, Thomas J. Pacchia, Matthew J. Smith, and Thomas R. Trowbridge, IV and Nominal Defendant Stronghold*