UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Glenn Bruno, Derivatively on Behalf of STRONGHOLD DIGITAL MINING, INC., <br><br> Plaintiff, <br><br> v. <br><br> GREGORY A. BEARD, WILLIAM B. SPENCE, RICARDO R. A. LARROUDÉ, SARAH P. JAMES, THOMAS J. PACCHIA, MATTHEW J. SMITH, and THOMAS R. TROWBRIDGE, IV, <br><br> Defendants, <br> -and- <br><br> STRONGHOLD DIGITAL MINING, INC., <br><br> Nominal Defendant. | Case No. 1:24-cv-00798-JGLC-GS |

**STIPULATION AND [PROPOSED] ORDER**

Plaintiff Glenn Bruno ("Plaintiff"), who brings claims derivatively on behalf of nominal defendant Stronghold Digital Mining ("Stronghold") against Gregory A. Beard, William B. Spence, Sarah P. James, Thomas J. Pacchia, Matthew J. Smith, and Thomas R. Trowbridge, IV, and Ricardo R. A. Larroudé (the "Individual Defendants" and together with Stronghold, "Defendants") by and through their respective counsel, hereby stipulate to the following:

WHEREAS, on February 2, 2024, Plaintiff filed an action in this Court captioned *Bruno v. Beard et al.*, Case No. 1:24-cv-00798-JGLC-GS (the "Bruno Derivative Action"), on behalf of Stronghold, against the Individual Defendants (the "Bruno Complaint");

1

WHEREAS, on February 8, 2023, Defendants executed a waiver of service, such that the deadline for Defendants to answer, move, or otherwise respond to the Bruno Complaint is April 8, 2024; and

WHEREAS, in the action captioned *In re Stronghold Digital Mining, Inc. Stockholder Derivative Litigation*, Case No. 1:23-cv-07840-RA-GS (the "Consolidated Derivative Action"), the Court is currently considering whether it should coordinate or consolidate the Bruno Derivative Action, where Plaintiff alleges that his demand was refused, with the Consolidated Derivative Action, where Plaintiffs allege that demand was futile. *See* Consolidated Derivative Action, Dkt. No. 23;

IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the undersigned parties as follows:

1. Defendants' time to answer, move or otherwise respond to the Bruno Complaint shall be stayed pending the Court's determination whether this case should be coordinated or consolidated with the Consolidated Derivative Action.

2. If the Court orders that this case should not be consolidated with the Consolidated Derivative Action, Defendants shall answer, move or otherwise respond to the Complaint within thirty (30) days of such order.

WHEREFORE, the Parties respectfully request that the Court enter an Order to this effect.

Dated: March 22, 2023                                            Respectfully submitted,

HERMAN JONES LLP                                                VINSON & ELKINS LLP

*/s/ Serina M. Vash*                                            */s/ Jeffrey Crough*
Serina M. Vash                                                  Jeffrey Crough
Herman Jones LLP                                                2001 Ross Avenue
153 Central Avenue, #131                                        Suite 3900
Westfield, NJ 07090                                             Dallas, TX 75201
Telephone: (404) 504-6516                                       Telephone: (214) 220-7700
Email: svash@hermanjones.com                                    Facsimile: (214) 220-7716
                                                                Email: jcrough@velaw.com

John C. Herman
Herman Jones LLP                                                Marisa Antonelli
3424 Peachtree Road, N.E.                                       1114 Avenue of Americas
Suite 1650                                                      New York, NY 10036
Atlanta, GA                                                     Telephone: (212) 237-0000
Telephone: 404-504-6500                                         Facsimile: (212) 237-0100
Email: jherman@hermanjones.com                                  Email: mantonelli@velaw.com

*Attorneys for Plaintiff Glenn Bruno*                           *Attorneys for Defendants Gregory A. Beard, William B. Spence, Sarah P. James, Thomas J. Pacchia, Matthew J. Smith, and Thomas R. Trowbridge, IV and Nominal Defendant Stronghold*


                                                                FAEGRE DRINKER BIDDLE & REATH LLP

                                                                */s/ Sandra D. Grannum*
                                                                Sandra D. Grannum
                                                                1177 Avenue of the Americas
                                                                41st Floor
                                                                New York, NY 10036-2714
                                                                Telephone: (212) 248-3140
                                                                Email: Sandra.grannum@faegredrinker.com

                                                                *Attorney for Defendant Ricardo R. A. Larroudé*

## **[PROPOSED] ORDER**

Pursuant to the foregoing stipulation between the Parties, **IT IS SO ORDERED.**

Dated: _____                                                     _____