UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Glenn Bruno, Derivatively on Behalf of STRONGHOLD DIGITAL MINING, INC., <br><br> Plaintiff, <br><br> v. <br><br> GREGORY A. BEARD, WILLIAM B. SPENCE, RICARDO R. A. LARROUDÉ, SARAH P. JAMES, THOMAS J. PACCHIA, MATTHEW J. SMITH, and THOMAS R. TROWBRIDGE, IV, <br><br> Defendants, <br> -and- <br><br> STRONGHOLD DIGITAL MINING, INC., <br><br> Nominal Defendant. | Case No. 1:24-cv-00798-JGLC-GS |

**STIPULATION AND ORDER**

Plaintiff Glenn Bruno ("Plaintiff"), who brings claims derivatively on behalf of nominal defendant Stronghold Digital Mining ("Stronghold") against Gregory A. Beard, William B. Spence, Sarah P. James, Thomas J. Pacchia, Matthew J. Smith, and Thomas R. Trowbridge, IV, and Ricardo R. A. Larroudé (the "Individual Defendants" and together with Stronghold, "Defendants") by and through their respective counsel, hereby stipulate to the following:

WHEREAS, on February 2, 2024, Plaintiff filed an action in this Court captioned *Bruno v. Beard et al.*, Case No. 1:24-cv-00798-JGLC-GS (the "Bruno Derivative Action"), on behalf of Stronghold, against the Individual Defendants (the "Bruno Complaint");

1

WHEREAS, on February 8, 2023, Defendants executed a waiver of service, such that the deadline for Defendants to answer, move, or otherwise respond to the Bruno Complaint is April 8, 2024; and

WHEREAS, in the action captioned *In re Stronghold Digital Mining, Inc. Stockholder Derivative Litigation*, Case No. 1:23-cv-07840-RA-GS (the "Consolidated Derivative Action"), the Court is currently considering whether it should coordinate or consolidate the Bruno Derivative Action, where Plaintiff alleges that his demand was refused, with the Consolidated Derivative Action, where Plaintiffs allege that demand was futile. *See* Consolidated Derivative Action, Dkt. No. 23;

IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the undersigned parties as follows:

1. Defendants' time to answer, move or otherwise respond to the Bruno Complaint shall be stayed pending the Court's determination whether this case should be coordinated or consolidated with the Consolidated Derivative Action.

2. If the Court orders that this case should not be consolidated with the Consolidated Derivative Action, Defendants shall answer, move or otherwise respond to the Complaint within thirty (30) days of such order.

WHEREFORE, the Parties respectfully request that the Court enter an Order to this effect.

Dated: March 22, 2023   Respectfully submitted,

HERMAN JONES LLP   VINSON & ELKINS LLP

*/s/ Serina M. Vash*   */s/ Jeffrey Crough*
Serina M. Vash   Jeffrey Crough
Herman Jones LLP   2001 Ross Avenue
153 Central Avenue, #131   Suite 3900
Westfield, NJ 07090   Dallas, TX 75201
Telephone: (404) 504-6516   Telephone: (214) 220-7700
Email: svash@hermanjones.com   Facsimile: (214) 220-7716
   Email: jcrough@velaw.com

John C. Herman   Marisa Antonelli
Herman Jones LLP   1114 Avenue of Americas
3424 Peachtree Road, N.E.   New York, NY 10036
Suite 1650   Telephone: (212) 237-0000
Atlanta, GA   Facsimile: (212) 237-0100
Telephone: 404-504-6500   Email: mantonelli@velaw.com
Email: jherman@hermanjones.com

*Attorneys for Plaintiff Glenn Bruno*   *Attorneys for Defendants Gregory A. Beard, William B. Spence, Sarah P. James, Thomas J. Pacchia, Matthew J. Smith, and Thomas R. Trowbridge, IV and Nominal Defendant Stronghold*

FAEGRE DRINKER BIDDLE & REATH LLP

*/s/ Sandra D. Grannum*
Sandra D. Grannum
1177 Avenue of the Americas
41st Floor
New York, NY 10036-2714
Telephone: (212) 248-3140
Email: Sandra.grannum@faegredrinker.com

*Attorney for Defendant Ricardo R. A. Larroudé*

## ORDER

Pursuant to the foregoing stipulation between the Parties, **IT IS SO ORDERED.**

Dated: March 25, 2024
New York, New York

_____
Gary Stein
United States Magistrate Judge