```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X   23 Civ. 7840 (RA) (GS) (Lead Case);
IN RE STRONGHOLD DIGITAL MINING, INC.              :   23 Civ. 8174 (RA) (Member Case)
STOCKHOLDER DERIVATIVE LITIGATION                  :
------------------------------------------------------------------:        ORDER SCHEDULING
GLENN BRUNO, derivatively on behalf of             :       TELEPHONE CONFERENCE
STRONGHOLD DIGITAL MINING, INC.,                   :
                                                   :
                Plaintiff,                         :
        - against -                                :
                                                   :
                                                   :        24 Civ. 798 (JGLC) (GS)
GREGORY A. BEARD, WILLIAM B. SPENCE,               :
RICARDO R.A. LARROUDE, SARAH P. JAMES,             :        ORDER SCHEDULING
THOMAS J. PACCHIA, MATTHEW J. SMITH,               :    TELEPHONE CONFERENCE
AND THOMAS R. TROWBRIDGE, IV,                      :
                                                   :
                Defendants,                        :
        - and -                                    :
                                                   :
STRONGHOLD DIGITAL MINING, INC.,                   :
                                                   :
                Nominal Defendant.                 :
------------------------------------------------------------------:
JEFF PARKER AND TIAN YANG, derivatively on         :
behalf of STRONGHOLD DIGITAL MINING,               :
INC.,                                              :
                                                   :
                Plaintiffs,                        :        23 Civ. 10028 (RA) (GS)
        - against -                                :
                                                   :        ORDER SCHEDULING
GREGORY A. BEARD, WILLIAM B. SPENCE,               :    TELEPHONE CONFERENCE
RICARDO R.A. LARROUDE, SARAH P. JAMES,             :
THOMAS J. PACCHIA, MATTHEW J. SMITH,               :
AND THOMAS R. TROWBRIDGE, IV,                      :
                                                   :
                Defendants.,                       :
        - and -                                    :
                                                   :
STRONGHOLD DIGITAL MINING, INC.,                   :
                                                   :
                Nominal Defendant.                 :
------------------------------------------------------------------X
```

**GARY STEIN, United States Magistrate Judge:**

The Court is in receipt of the letter from counsel dated March 15, 2024 stating the parties' respective positions on further consolidation of the Consolidated Derivative Action and the appointment of co-lead counsel therein. (*See* Dkt. No. 24).[1] The Court hereby schedules a Telephone Conference to further discuss these issues on **Thursday, April 04, 2024 at 3:00 p.m.** Counsel is directed to join the conference via Microsoft Teams at the scheduled time. **Please dial (646) 453-4442, Access Code: 247 629 538#**

**SO ORDERED.**

DATED:   New York, New York
         March 29, 2024

_____
GARY STEIN
United States Magistrate Judge

---

[1] All Docket citations are to the Consolidated Derivative Action, 23 Civ. 4696 (RA) (GS). (*See* Dkt. No. 23 n.1).