UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

Glenn Bruno, Derivatively on Behalf of STRONGHOLD DIGITAL MINING, INC.,

Plaintiff,

v.

GREGORY A. BEARD, WILLIAM B. SPENCE, RICARDO R.A. LARROUDE, SARAH P. JAMES, THOMAS J. PACCHIA, MATTHEW J. SMITH, and THOMAS R. TROWBRIDGE, IV,

Defendants,

-and-

STRONGHOLD DIGITAL MINING, INC.,

Nominal Defendant.

Case No.: 1:24-cv-798

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record.

    I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Ricardo R.A. Larroude.

Date:   April 4, 2024

*/s/ Sandra D. Grannum*
Sandra D. Grannum
**FAEGRE DRINKER BIDDLE & REATH LLP**
1177 Avenue of the Americas, 41st Floor
New York, NY 10036
sandra.grannum@faegredrinker.com
Tel: (212) 248-3140
Fax: (212) 248-3141

363261602