## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Glenn Bruno, Derivatively on Behalf of STRONGHOLD DIGITAL MINING, INC., <br><br>            Plaintiff, <br><br>     v. <br><br> GREGORY A. BEARD, WILLIAM B. SPENCE, RICARDO R.A. LARROUDE, SARAH P. JAMES, THOMAS J. PACCHIA, MATTHEW J. SMITH, and THOMAS R. TROWBRIDGE, IV, <br><br>            Defendants, <br><br>    -and- <br><br> STRONGHOLD DIGITAL MINING, INC., <br><br>            Nominal Defendant. | Case No.: 1:24-cv-00798-JGLC-GS |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Sophie J. Chau of the law firm Faegre Drinker Biddle & Reath LLP, a member of this Court in good standing, respectfully enters her appearance as counsel for Defendant Ricardo R.A. Larroude in the above-captioned matter and requests that all future correspondence and papers be served upon the undersigned.

Date:   April 4, 2024

                            */s/ Sophie J. Chau*
                            Sophie J. Chau
                            FAEGRE DRINKER BIDDLE & REATH LLP
                            1177 Avenue of the Americas, 41st Fl.
                            New York, NY 10036
                            sophie.chau@faegredrinker.com
                            Tel: (212) 248-3140
                            Fax: (212) 248-3141